# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDILIN DIMITROV,

    Defendant.

Case No. 2:11-cr-00434-LDG (PAL)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion to Clarify Order of Restitution (ECF No. 639) is DENIED as moot.

DATED this _____ day of May, 2018.

_____
Lloyd D. George
United States District Judge